

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00446-CV

Paul **WILLIAMS** and SACC, Inc.,
Appellants

v.

Barbara **GRANT**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09043
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the joint motion filed by the parties is GRANTED, the trial court's judgment signed on February 19, 2019 is REVERSED, and a take-nothing judgment against appellee, Barbara Grant, is RENDERED in accordance with the terms of the parties' settlement agreement.

We order that appellee, Barbara Grant, recover her costs of this appeal, if any, from appellants, Paul Williams and SACC, Inc.

SIGNED October 16, 2019.

_____
Beth Watkins, Justice